# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff-Respondent, | § |
| VS. | § CRIMINAL NO. H-12-453 |
| LANCE DEANTON HENRY, | § |
| Defendant-Petitioner. | § |
| CIVIL ACTION H-14-627 | § |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, the motion filed by Lance Deanton Henry under 28 U.S.C. § 2255 is denied, and the corresponding civil action is dismissed, with prejudice. This is a final judgment.

SIGNED on June 23, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge